IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JACOB D. YOUNG                                                                                    PLAINTIFF

v.                                      No. 3:11-cv-125 KGB

WEST MEMPHIS UTILITIES                                                              DEFENDANT

## ORDER

Pursuant to the parties' Joint Motion to Dismiss with Prejudice (Dkt. No. 12), this case is hereby dismissed with prejudice. The Clerk is directed to close the case.

SO ORDERED this 20th day of June, 2012.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge